ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 30 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ANTHONY LIONEL GIBSON,<br>     Plaintiff, | §<br>§<br>§ |
| v. | §    Civil Action No.<br>§    3:04-CV-2309-M |
| STATE OF TEXAS, et al.,<br>     Defendants. | §<br>§<br>§ |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 29, 2005. Plaintiff filed objections, and the Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30 day of September, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE